UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TROY SWAIN,

                        Plaintiff,                        **TRIAL ORDER**

     -against-                                      17 Civ. 5420 (JCM)

TOWN OF WAPPINGER, *et al.*,

                        Defendants.
-------------------------------------------------------------X

The following dates shall apply to the trial of this matter:

1. Joint Pre-Trial Order, including complete exhibit and witness lists, must be filed by November 20, 2020. Please review the Court's Individual Rules of Practice for further instruction. Counsel shall pre-mark all exhibits.

2. Proposed *voir dire* must be filed by November 20, 2020.

3. Proposed jury instructions and a proposed verdict form must be filed by November 20, 2020. Each party must submit a complete jury instruction for each claim or defense the party wishes to present to the jury, and each proposed jury instruction shall indicate the authority for the requested instruction and, if a pattern instruction is used, whether the proposed instruction has been adapted or modified.

4. Any motions *in limine* shall be filed by December 1, 2020.

5. Responses to motions *in limine* must be filed by December 11, 2020.

      The aforementioned papers shall be filed with the Clerk of the Court. Counsel shall simultaneously provide courtesy copies to Chambers. Counsel shall also provide the Court with courtesy copies of all exhibits, as well as any deposition transcripts to be used at trial.

Dated: September 25, 2020
       White Plains, New York

                                              **SO ORDERED:**

                                              _____
                                              JUDITH C. McCARTHY
                                              United States Magistrate Judge